■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS MEERS, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.

— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order of Wyoming County Court, dismissing a writ of habeas corpus and remanding relator to the custody of the Warden of Attica State Prison.) Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.